UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FANG, et al.,

          Plaintiffs,

    v.

INTERNAL REVENUE SERVICE, et al.,

          Defendants.

Case No. 25-cv-06677-HSG

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**

Re: Dkt. No. 7

Pending before the Court is a motion to substitute the United States of America for Defendant Internal Revenue Service. Dkt. No. 7.[1] Plaintiffs bring this action seeking a refund on their 2018 taxes. Dkt. No. 1 at 7. "Where taxpayers are authorized to sue on matters arising out of IRS actions, the United States is the proper party defendant," since "Congress has made no provisions for suits against . . . the IRS." *Devries v. IRS*, 359 F. Supp. 2d 988, 991–92 (E.D. Cal. 2005); *see also* 26 U.S.C. § 7422(f)(1) (permitting suits for refunds "only against the United States"). As a result, the Court agrees that the IRS is not a proper defendant. The Court **GRANTS** the motion. Dkt. No. 7. The Court **DIRECTS** the Clerk to substitute the United States of America as the Defendant in place of the Internal Revenue Service and to update the case caption accordingly. This order **VACATES** the May 28, 2026 hearing date.

    **IT IS SO ORDERED.**

Dated:   4/6/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Plaintiffs did not file an opposition by the deadline.