UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FANG, et al.,

              Plaintiffs,

      v.

UNITED STATES OF AMERICA,

              Defendant.

Case No. 25-cv-06677-HSG

**SCHEDULING ORDER**

A case management conference was held on May 19, 2026. Having considered the parties' proposals, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|-------|----------|
| Amendment of Pleadings/ Joinder | July 17, 2026 |
| Close of Fact Discovery | October 16, 2026 |
| Exchange of Opening Expert Reports | November 2, 2026 |
| Exchange of Rebuttal Expert Reports | November 17, 2026 |
| Close of Expert Discovery | December 2, 2026 |
| Dispositive Motion Hearing Deadline | January 14, 2027, at 2:00 p.m. |
| Pretrial Conference | April 13, 2027, at 3:00 p.m. |
| Bench Trial (2 days) | April 26, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  5/27/2026

_Haywood S. Gill Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2